IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARY K. VANDIVER                                                                                    PLAINTIFF

        v.        Civil No. 04-2278

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                                                      DEFENDANT

## **J U D G M E N T**

For reasons stated in a memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss the case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 28th day of February 2006.

                                          /s/ Beverly Stites Jones
                                          UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)